Robert Price 0330792
Nash Correctional Inst
P.O. Box 600
Nashville, N.C. 27856



MAILED FROM
NASH CORRECTIONAL



RECEIVED
ASHEVILLE, NC
MAR - 1 2024
U.S. DISTRICT COURT
W. DISTRICT OF N.C.



LEGAL MAIL

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
309 U.S. Court House Building
100 Otis St.
Asheville, N.C. 28801